```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>               Plaintiff,          )<br>                                   )<br>          v.                      )<br>                                   )<br>EUGENE MOORE,                      )<br>                                   )<br>               Defendant.          )<br>_____) | Case No. 1:05-cr-00323 OWW<br><br>REQUEST BY THE UNITED<br>STATES TO UNSEAL<br>INDICTMENT |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Kelly, Assistant United States Attorney, and request leave of the Court to unseal the Indictment in the above-referenced matter.

DATED: September 22, 2005             Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney


                                   By    /s/Kimberly A. Kelly
                                       KIMBERLY A. KELLY
                                       Assistant U.S. Attorney

IT IS SO ORDERED:
                                       /s/ OLIVER W. WANGER
DATED: September 28_, 2005             _____
                                       Hon. OLIVER W. WANGER
                                       U.S. District Court Judge