DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Eugene Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00323 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING |
| ) | HEARING AND ORDER |
| v. ) | |
| ) | |
| EUGENE MOORE, ) | Date:  October 1, 2012 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Eugene Moore, that the date for sentencing may be continued to October 1, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is September 17 , 2012.  The requested new date is October 1, 2012.**

The defendant's sentencing memorandum was just filed on September 12, 2012.  This continuance is requested to allow time for the government and/or the United States Probation Office to respond to Mr. Moore's filing.  It is further requested that the parties be given until September 26, 2012 to file any response to the sentencing memorandum.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of

justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 12, 2012   By /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: September 12, 2012   By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Eugene Moore

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   September 13, 2012

CHIEF UNITED STATES DISTRICT JUDGE