DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Eugene Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00323 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON |
| v. | |
| EUGENE MOORE, | Date: October 9, 2012 |
| Defendant. | Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Eugene Moore, that the date for sentencing may be continued to October 9, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is October 1, 2012. The requested new date is October 9, 2012. It is further requested that the parties be given until October 2, 2012 to file any responses or other sentencing memoranda.**

On September 12, 2012, the parties filed a stipulation to continue sentencing to allow time for the government and/or the United States Probation Office to respond to Mr. Moore's sentencing memorandum. The parties agreed to request that sentencing be continued to October 9, 2012. However, through inadvertence and mistake, the defense prepared a stipulation which requested that sentencing be continued to October 1, 2012, rather than October 9, 2012. It is requested that this continuance be to allow

time for sentencing to occur, and memoranda to be filed, on the dates anticipated by the parties.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 27, 2012        By /s/ Kimberly A. Sanchez
                                 KIMBERLY A. SANCHEZ
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: September 27, 2012        By /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Eugene Moore


**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   September 27, 2012                    _____
                                               CHIEF UNITED STATES DISTRICT JUDGE